UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LOURDES QUINONES,

              Plaintiff,

      -against-

COMMISSIONER OF SOCIAL
SECURITY,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

08 Civ. 4374 (WHP)

ORDER REFERRING CASE
TO MAGISTRATE JUDGE

[STAMP: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/20/2008]

        The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositve Motion/Dispute*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

__X__ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ____

===========================================================================
* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: June 18, 2008
       New York, New York

                               _____
                               UNITED STATES DISTRICT JUDGE
                               WILLIAM H. PAULEY III

*Copies mailed to:*

Ms. Lourdes Quinones
941 Hoe Avenue
#1M
Bronx, NY 10459
*Plaintiff Pro Se*

Hon. Gabriel W. Gorenstein