**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
LOURDES QUINONES o/b/o,            :
CHRISTOPHER J. ALBELO,             :
                                   :
                Plaintiff,         :
                                   :
        - v. -                     :
                                   :   STIPULATION AND ORDER
                                   :   08 Civ. 4374 (WHP)(GWG)
MICHAEL J. ASTRUE,                 :
Commissioner of                    :
Social Security,                   :
                                   :
                Defendant.         :
                                   :
- - - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from July 29, 2008 to and including September 29, 2008.  This extension is requested

because defendant's counsel has not yet been able to complete

s review of the administrative record.  No previous extension

has been granted in this case.

Dated: New York, New York
       July 3, 2008

                         LOURDES QUINONES
                         Plaintiff Pro Se
                         941 Hoe Avenue
                         Apt. #1M
                         Bronx, New York 10459
                         Telephone No. (347)449-6179

                         MICHAEL J. GARCIA
                         United States Attorney for the
                         Southern District of New York
                         Attorney for Defendant

By:                      
                         JOHN E. GURA, JR.
                         Assistant United States Attorney
                         86 Chambers Street, 3rd Floor
                         New York, New York  10007
                         Telephone No.: (212) 637-2712
                         John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE