UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                    :
LOURDES QUINONES ex rel. C.A.,                      :
                                                    :
                        Plaintiff,                  :      08 Civ. 4374 (WHP) (GWG)
                                                    :
                -against-                           :      ORDER
                                                    :
MICHAEL J. ASTRUE,                                  :
*Commissioner of Social Security,*                  :
                                                    :
                        Defendant.                  :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 6/22/09 |

WILLIAM H. PAULEY III, District Judge:

On February 18, 2009, Plaintiff filed a document entitled "Affirmation in

Opposition to Motion" (Docket No. 13).  The Court referred the motion to Magistrate Judge

Gabriel W. Gorenstein.  As part of the referral, Magistrate Judge Gorenstein filed a report and

recommendation ("Report") describing the reasons why the motion, which he construed liberally

as a motion under Fed. R. Civ. P. 60(b) to re-open the case, should be denied, and sent the Report

to the parties on May 21, 2009.  As of this date neither party has submitted any objection to the

Report nor requested an extension of time in which to do so.  This Court has reviewed the

Report, finds that the Report is not facially erroneous, and affirms and adopts it.  Therefore,

Plaintiff's motion  pursuant to Fed. R. Civ. P. 60(b) to re-open this case is denied.

The Clerk of the Court shall terminate all pending motions and mark this case closed.

Dated: June 19, 2009
New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Copies mailed to:*

Ms. Lourdes Quninones
941 Hoe Avenue
Apt. 1M
Bronx, NY 10459
*Plaintiff Pro Se*

John E. Gura, Jr, Esq.
U.S. Attorney's Office,
   Southern District of New York
86 Chambers Street
New York, NY 10007
*Counsel for Defendant*

Hon. Gabriel W. Gorenstein